# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Sanchez-Hernandez,<br><br>　　　　Petitioner,<br><br>v.<br><br>Fred Figueroa, et al.,<br><br>　　　　Respondents. | **NO. CV-25-02351-PHX-DWL (MTM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed January 5, 2026, Petitioner's Second Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, Counts Two and Three are dismissed as moot in light of Petitioner's release from custody. Count Four of the SAP is dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 5, 2026

　　　　　　　　　By　s/ A. Roybal
　　　　　　　　　　　Deputy Clerk