KEB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Juan Sanchez-Hernandez,

Petitioner,

v.

Fred Figueroa, et al.,

Respondents.

No. CV-25-02351-PHX-DWL (MTM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. Petitioner subsequently filed an Amended Petition on July 21, 2025, and a Second Amended Petition on December 9, 2025. In a January 5, 2026 Order, the Court granted Count Two of the Second Amended Petition and ordered that Petitioner be immediately released from custody. (Doc. 56.) Pending before the Court is Petitioner's unopposed fourth Motion for Extension of Time. (Doc. 64.)

Petitioner moves for a fourth extension of time to file a fee motion pursuant to the Equal Access to Justice Act (EAJA), on the basis that the parties have reached an agreement regarding the amount of settlement funds to be disbursed and require additional time to complete that process. (*Id.*) For good cause shown,

**IT IS ORDERED:**

(1) The Joint Motion for Extension of Time (Doc. 64) is **granted**.

. . . .

. . . .

(2) Petitioner shall file any motion for fees pursuant to the EAJA no later than October 16, 2026.

Dated this 19th day of August, 2026.

Dominic W. Lanza
United States District Judge