**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Juan Sanchez-Hernandez,

Petitioner,

v.

Fred Figueroa, et al.,

Respondents.

No. CV-25-02351-PHX-DWL (MTM)

**ORDER**

On October 16, 2026, Petitioner filed a motion for attorneys' fees. (Doc. 66.) The deadline to respond has expired and no response has been filed. Although the Court could, under LRCiv 7.2(i), summarily grant the motion based on Respondents' failure to respond, Respondents' inaction may be attributable to the fact that both of Respondents' counsel of record have left the U.S. Attorney's Office. The Court will therefore provide Respondents with additional time for substitute counsel to appear and to respond to Petitioner's motion.

**IT IS THEREFORE ORDERED** substitute counsel must appear on Respondents' behalf no later than **November 6, 2026**.

**IT IS FURTHER ORDERED** that the deadline for Respondents to respond to Petitioner's motion is extended to **November 13, 2026**.

**IT IS FURTHER ORDERED** that the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary

Finlon at Mary.Finlon@usdoj.gov.

Dated this 2nd day of November, 2026.

Dominic W. Lanza
United States District Judge